Keith CHURCHILL, Respondent,

v.

Tina CHURCHILL, Appellant.

WD 78347

Missouri Court of Appeals, Western District.

OPINION FILED NOVEMBER 17, 2015

Ralph Gregory Gore, Blue Springs, MO, Counsel for Appellant.

Michael Wesley Hanna, Raytown MO, Counsel for Respondent.

Before Division One: Anthony Rex Gabbert, P.J., Victor C. Howard, and Cynthia Martin, JJ.

### ORDER

Per Curiam:

Tina Churchill appeals the circuit court's findings respecting custody and parenting time set forth in the court's Judgment and Decree of Dissolution of Marriage entered on December 24, 2014. We affirm. Rule 84.16(b).